393 A.2d 1294

Mostoller et ux. v. Pile et ux., Appellants.

Argued April 11, 1978. James R. Cascio, with him Fike, Cascio & Boose, for appellants; W. Hughes, with him Archibald M. Matthews, for appellees.

Order affirmed.